**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JEREMY ALEXANDER GONCALVES, ) | |
| ) | |
| Petitioner, ) | **CIVIL ACTION** |
| ) | **NO. 13-40114-TSH** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

**ORDER OF DISMISSAL**
**October 2, 2013**

**HILLMAN, D.J.**

On March 25, 2013, Jeremy Alexander Goncalves, while detained at the Donald W. Wyatt Detention Facility ("Wyatt") in Rhode Island, filed his self-prepared Motion for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The Court has learned that the petitioner has been released from the custody of the Bureau of Prisons.  In an effort to confirm petitioner's current address, a clerk of this Court contacted Wyatt and informed that he was on April 19, 2013, and that they did not have a forwarding address for petitioner.  Petitioner has not, however, informed the Court of his new address as required under this Court's local rules and therefore is not entitled to notice of docket activity.  See District of Massachusetts Local Rule 83.5.2(e) (a party appearing pro se must notify the clerk of any change of address; any party appearing pro se that has not filed an appearance or provided a current address "shall not be entitled to notice.").

Under Federal Rule of Civil Procedure 41(b), a court may dismiss a claim "for failure of the plaintiff to prosecute or to comply with these rules or any order of the court."  See Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962).  The fact that petitioner has not kept the Court

advised of his current address suggests that he lost interest in pursuing this action in light of his release.  Accordingly, this action is subject to dismissal for want of prosecution pursuant to Rule 41(b).

## ORDER

Based upon the foregoing, it is hereby ORDERED that this action is dismissed without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A copy of this Order will be mailed to petitioner at the address shown on the docket sheet.

SO ORDERED.

       /s/ Timothy S, Hillman
TIMOTHY S. HILLMAN
UNITED STATES DISTRICT JUDGE